# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-05216 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:14-cv-01358 EJD, Piyash Gupta v. International Business Machines Corporation.

　　　IT IS SO ORDERED.

　　　Date:　November 6, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-05216 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES